### Exhibit A – Chronological Listing of Time Entries

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| 3/10/2014 | Review and respond to email from F. Kaldis regarding status of Quest leasing expenses and review his response to same. | 0.20 | 51.00 | JMM |
| 3/10/2014 | [No Charge] Review and revise monthly billing statement. | 0.10 | 0.00 | JMM |
| 3/11/2014 | Review of state court lawsuit and Racine local rules regarding notice for parties in bankruptcy. | 0.20 | 59.00 | JRC |
| 3/12/2014 | Review monthly operating report prepared by J. Spoerlein. | 0.20 | 51.00 | JMM |
| 3/12/2014 | Conference with J. Cincotta regarding status of plan confirmation, Claim resolution issues, and post-confirmation injunction. [Two attorneys needed due to J. Mertz's experience with specifics of the case and J. Cincotta's expertise in state court issues.] | 0.20 | 51.00 | JMM |
| 3/12/2014 | Discussion of filed state court action against Debtor with Attorney Mertz. [Two attorneys needed due to J. Mertz's experience with specifics of the case and J. Cincotta's expertise in state court issues.] | 0.20 | 59.00 | JRC |
| 3/13/2014 | Draft motion to modify plan. | 1.40 | 294.00 | KLM |
| 3/13/2014 | Conference with J. Mertz regarding plan modifications and preparation of motion to modify plan. | 0.10 | 21.00 | KLM |
| 3/13/2014 | Prepare fifth interim fee application, prepare and sort exhibits for application (1.8). Prepare notice and proposed order regarding same (.3). | 2.10 | 535.50 | JMM |
| 3/13/2014 | Review email history with new lender and attorneys, prepare email to B. McKenna requesting status update. | 0.10 | 25.50 | JMM |
| 3/14/2014 | Review email from F. Kaldis and broker regarding Quest status and ability to do work on 1050 building. | 0.10 | 25.50 | JMM |
| 3/14/2014 | Prepare final changes to 5th interim fee application and file same. | 0.80 | 204.00 | JMM |

| | | | | |
|---|---|---|---|---|
| 3/14/2014 | [No Charge] Conferences with and direction to J. Tregellas for proper mailing of fee application information. | 0.20 | 0.00 | JMM |
| 3/14/2014 | Review lengthy request for proposal for tenant on 1050. | 0.20 | 51.00 | JMM |
| 3/17/2014 | Follow up with F. Kaldis and John K. regarding fee application and status of negotiations with Spirit Lake. | 0.10 | 25.50 | JMM |
| 3/17/2014 | Review monthly operating report and prepare email with questions for J. Spoerlein regarding same. | 0.10 | 25.50 | JMM |
| 3/17/2014 | Review spreadsheets and exhibits and prepare for filing February monthly operating report. | 1.00 | 210.00 | GMS |
| 3/18/2014 | Review and respond to emails from F. Kaldis regarding payment details on properties and status with tenants (.2).   Review and finalize monthly operating reports and confirm same with F. Kaldis (.3).   Review case status and edits to plan with attention to budgets and updates received from J. Spoerlein (.3). | 0.80 | 204.00 | JMM |
| 3/25/2014 | Review status of case and discuss with J. Kerkman, prepare email to W. McKenna regarding status on lenders side, review his response and forward to clients. | 0.10 | 25.50 | JMM |
| 3/28/2014 | Review email from F. Kaldis and J. Reardon regarding status of Quest lease negotiations and how to approach new lender (.1). Telephone conferences with J. Kerkman and J. Reardon (broker) regarding new space for Quest buildout and how to approach situation, prepare emails to clients regarding same and additional telephone conference on Monday (.8). | 0.90 | 229.50 | JMM |
| 3/31/2014 | Conference call with K&D about deal with Quest and deal with new lender. | 0.50 | 162.50 | JRK |
| 3/31/2014 | Review message from Abdul Sulieman regarding claim and small claims suit, review plan and files for itemization of same as claim against K&K, and prepare email to F. Kaldis regarding same (.2).   Review response from F. Kaldis regarding details of same and review plan and CCAP information | 0.50 | 127.50 | JMM |

to resolve same (.3).

| Date | Description | | | |
|------|-------------|------|--------|-----|
| 3/31/2014 | Prepare for and telephone conference with K&K personnel and J. Kerkman regarding status of issues with tenant, debrief with J. Kerkman regarding status of same and approach with Lender (.6).   Telephone message to W. McKenna regarding status of deal with lender and revisions to Plan (.1). | 0.70 | 178.50 | JMM |
| 4/1/2014 | Telephone conference with W. McKenna regarding status of response from Spirit Lake and prepare email to clients regarding status and next steps. | 0.20 | 51.00 | JMM |
| 4/1/2014 | Review CCAP history and WDFI status of K&K North Ave and claims of Abdul Sulieman against K&K. | 0.20 | 51.00 | JMM |
| 4/1/2014 | Review of emails regarding filing of court case and other matters regarding existing tenant. | 0.30 | 88.50 | JRC |
| 4/2/2014 | Review and respond to email from T. Hardy regarding insurance certificates and forward same to D. Espin for review. | 0.10 | 25.50 | JMM |
| 4/2/2014 | Calls with F. Kaldis and review of email. | 0.20 | 59.00 | JRC |
| 4/3/2014 | Prepare email to T. Hardy regarding insurance certificates, prepare email to W. McKenna regarding adjournment of hearing. | 0.10 | 25.50 | JMM |
| 4/3/2014 | Review complaint and service issues with tenant and confer with J. Cincotta regarding same. | 0.10 | 25.50 | JMM |
| 4/3/2014 | Review fee application and prepare notes for J. Kerkman for his attendance next week in my absence. | 0.30 | 76.50 | JMM |
| 4/4/2014 | Exchange emails with W. McKenna regarding status and adjournment, forward to clients for update. | 0.10 | 25.50 | JMM |
| 4/4/2014 | Review of complaint and other pleadings served on representative of K&K (.6); confer with J. Mertz regarding violation of stay by state court case against K&K (.2) | 0.80 | 236.00 | JRC |
| 4/8/2014 | Travel to and from hearing in Chicago on K&D interim fee application minus time worked on train.   Billed at one-half the usual | 1.60 | 260.00 | JRK |

Exhibit A - 3

| | | | | |
|---|---|---|---|---|
| | rate. | | | |
| 4/8/2014 | Prepare for hearing on K&D's interim fee application on train. | 0.30 | 97.50 | JRK |
| 4/8/2014 | Attend hearing on K&D interim fee application. | 0.50 | 162.50 | JRK |
| 4/8/2014 | Telephone conference with J. Kerkman regarding status of hearing today on fee application and review and respond to email from him regarding notice to K&K and outcome of hearing. | 0.20 | 51.00 | JMM |
| 4/14/2014 | Review final monthly operating report prepared and draft email to F. Kaldis and J. Spoerlein to explain erroneous transfer per W. McKenna request. | 0.30 | 76.50 | JMM |
| 4/14/2014 | Telephone conference with F. Kaldis regarding status of outstanding items in his case. | 0.30 | 76.50 | JMM |
| 4/14/2014 | Review status of emails with B. McKenna and prepare email to him regarding adjournment of confirmation and suggested hearing dates for same. | 0.10 | 25.50 | JMM |
| 4/14/2014 | Review exhibits and bank statements for March monthly operating report. | 1.00 | 210.00 | GMS |
| 4/14/2014 | Call with .F Kaldis regarding status of tenant at Durand property and state court litigation filing. | 0.50 | 147.50 | JRC |
| 4/15/2014 | Review case status as hearing preparation for April 17th hearing. | 0.10 | 21.00 | KLM |
| 4/15/2014 | Review and respond to email from E. Kaldis regarding payment information (.1).   Review email with Plan edits from W. McKenna and forward same with my comments to F. Kaldis to review and comment (.3).   Exchange multiple emails with clients regarding agreement and conference call this week (.1). Draft email to W. McKenna regarding my meeting with K&K personnel and adjournment of hearing again (.1). | 0.60 | 153.00 | JMM |
| 4/15/2014 | Prepare revisions to monthly operating report. | 0.20 | 51.00 | JMM |
| 4/15/2014 | [No Charge] File monthly operating report with the Court. | 0.10 | 0.00 | JMM |

| | | | | |
|---|---|---|---|---|
| 4/16/2014 | Exchange emails with W. McKenna regarding transfer of funds from DIP account. | 0.10 | 25.50 | JMM |
| 4/16/2014 | Telephone conference with D. Van Vleet regarding status of court's opinion and status of K&K case. | 0.20 | 51.00 | JMM |
| 4/16/2014 | Prepare for status hearing on April 17th. | 0.20 | 42.00 | KLM |
| 4/17/2014 | Review Spirit Lake's redlines to plan of reorganization and make comments on same in preparation for telephone conference with clients this afternoon. | 0.20 | 51.00 | JMM |
| 4/17/2014 | Prepare for and attend telephone conference with clients regarding redlines to the plan and term issues. | 0.40 | 102.00 | JMM |
| 4/17/2014 | [Billed at 50% rate for travel] Travel time to and from Chicago. | 5.00 | 525.00 | KLM |
| 4/17/2014 | Attend hearing on adjournment of plan confirmation. | 1.00 | 210.00 | KLM |
| 4/17/2014 | Exchange emails with W. McKenna regarding structure of deal, term, payment, and issues with the UST. | 0.20 | 51.00 | JMM |
| 4/21/2014 | Conference with J. Kerkman regarding status of negotiations with Spirit Lake and ability to conform to 3 year plan. | 0.20 | 51.00 | JMM |
| 4/22/2014 | Review telephone message from W. McKenna regarding status of loan negotiations and next steps, telephone message to and conference with F. Kaldis regarding status of negotiations and prepare email to W. McKenna regarding status. | 0.60 | 153.00 | JMM |
| 4/22/2014 | Review of state court pleading; contact with F. Kaldis regarding status of Durand tenancy; contact attorney for tenant at Durand. | 0.40 | 118.00 | JRC |
| 4/23/2014 | Exchange emails with Dan Van Vleet regarding status of case and payment of expenses going forward, prepare email to him regarding prior draft of application for fees. | 0.20 | 51.00 | JMM |
| 4/23/2014 | Exchange emails with F. Kaldis and E. Kaldis regarding status of payments to Spirit Lake and ability to net payroll upfront payment in Plan, review telephone message from F. Kaldis regarding same (.2).   Telephone call | 0.30 | 76.50 | JMM |

Exhibit A - 5

| | | | | |
|---|---|---|---|---|
| | to F. Kaldis regarding status of upfront payment (.1). | | | |
| 4/23/2014 | Call with Attorney John Shannon to discuss tenant at Durand and potential for purchase by larger company and other matters. | 0.30 | 88.50 | JRC |
| 4/24/2014 | Review message from and telephone conference with F. Kaldis regarding status of agreement (.1).   Review and revise plan language regarding terms discussed with F. Kaldis (.5). | 0.60 | 153.00 | JMM |
| 4/24/2014 | Conference with J. Kerkman regarding status of negotiations and bullet points to agree to. | 0.10 | 25.50 | JMM |
| 4/24/2014 | Call to F. Kaldis and discuss issues; confer with J. Mertz on status of bankruptcy. | 0.10 | 29.50 | JRC |
| 4/25/2014 | Exchange emails with John K. regarding details of plan revisions and agreement with Inland. | 0.10 | 25.50 | JMM |
| 4/25/2014 | Review telephone message from and leave message for F. Kaldis regarding final edits to plan. | 0.10 | 25.50 | JMM |
| 4/25/2014 | Exchange emails with F. Kaldis and John K. regarding approval of final terms for Spirit Lake deal (.1).   Review and revise plan redlines and prepare email to W. McKenna regarding final provisions and agreement (.2). | 0.30 | 76.50 | JMM |
| 4/25/2014 | Conference with J. Kerkman regarding status of case, modification provisions, and next steps to finalize. | 0.30 | 76.50 | JMM |
| 4/25/2014 | Prepare email to clients regarding meeting with Northern and status of Spirit Lake proposal (.1).   Exchange numerous emails with F. Kaldis regarding status of Northern (.2). | 0.30 | 76.50 | JMM |
| 4/29/2014 | Follow up on status of deal with W. McKenna. | 0.10 | 25.50 | JMM |
| 4/29/2014 | Review status of case and message from B. McKenna and telephone conference with him regarding position (.2).   Telephone call to F. Kaldis regarding status of same (.1). Telephone conference with F. Kaldis regarding status of proposal, prepare email to W. McKenna regarding final points, and | 0.60 | 153.00 | JMM |

| | | | | |
|---|---|---|---|---|
| | prepare email to D. Fischer regarding meeting on Northern property (.3). | | | |
| 4/30/2014 | [No Charge] Return phone call. | 0.30 | 0.00 | KF |
| 4/30/2014 | Telephone conference with W. McKenna regarding deal status (.2).   Telephone call to F. Kaldis and prepare email to him and John K. regarding final deal with Spirit Lake (.2). Additional telephone conference with W. McKenna regarding status of case agreement and review plan provisions regarding remaining issues and email him on same (.2). | 0.60 | 153.00 | JMM |
| 5/1/2014 | Review latest draft of plan revisions and review code provisions regarding plan modification standards and next steps for same (.3).   Prepare comments for hearing on Plan status and email status update to U.S. Trustee (.2).   Attend hearing on confirmation and discuss status with opposing counsel and the U.S. Trustee (.7).   Prepare email to K&K regarding status of hearing result, and my conversations with Spirit Lake and McKenna post-hearing (.2).   Prepare additional email to K&K and Quest regarding status of agreement and Quest renewal opportunity (.2). | 1.60 | 408.00 | JMM |
| 5/1/2014 | [Billed at 50% for travel time not otherwise billed to clients]   Travel to and from Chicago from Milwaukee via Amtrak train for confirmation hearing. | 3.00 | 382.50 | JMM |
| 5/1/2014 | Telephone conference with F. Kaldis. | 0.10 | 29.50 | JRC |
| 5/2/2014 | Conference with F. Kaldis. | 0.10 | 29.50 | JRC |
| 5/6/2014 | Prepare edits to motion to modify and add additional terms to plan and discuss same in motion (1.3).   Prepare redlines to final version of plan and finalize file-ready versions of redlines and clean version of the plan for approval (.4).   Exchange emails with B. McKenna regarding status of edits and prepare email with Plan redlines to Denise DeLaurent (.2).   Telephone conference with D. DeLaurent regarding her initial comments on the plan revisions (.2). | 2.10 | 535.50 | JMM |
| 5/6/2014 | Exchange emails with W. McKenna | 0.20 | 51.00 | JMM |

regarding his comments on the motion to modify, suggestions to same, budget projections, and other changes needed in the plan.

| | | | | |
|---|---|---|---|---|
| 5/7/2014 | Review and finalize budgets to send to W. McKenna (.4).   Prepare email to J. Spoerlein to review same (.1).   Prepare email to B. McKenna regarding outstanding issues and comments from the U.S. Trustee from yesterday (.2).   Review redlines on motion to modify and make further edits to same (.5). Prepare ballots for Spirit Lake to be filed with the plan and motion (.2).   Exchange additional emails with W. McKenna regarding setting date for hearing and final edits to motion (.1). | 1.50 | 382.50 | JMM |
| 5/7/2014 | Prepare motion to modify with supporting documents for filing tomorrow (.3).   Prepare order on motion to modify and review status of supporting documents to prepare same, confirm order language with B. McKenna (1.1).   Review code provisions for mailing requirements of same (.2). | 1.60 | 408.00 | JMM |
| 5/8/2014 | Review and respond to emails from J. Spoerlein and F. Kaldis regarding status of leases and budgets for plan update (.1). Review and respond to email from W. McKenna regarding approval of final plan redlines for filing (.1). | 0.20 | 51.00 | JMM |
| 5/8/2014 | [No Charge]   Review monthly billing statement and edit same. | 0.10 | 0.00 | JMM |
| 5/9/2014 | Prepare email to F. Kaldis and J. Spoerlein regarding finalization of budgets for plan and approval from Spirit Lake. | 0.10 | 25.50 | JMM |
| 5/9/2014 | Begin preparing final plan for filing and make final edits to same (.4).   Prepare exhibits for plan to file with final clean and redlines versions (.2).   Review and respond to emails from J. Spoerlein regarding budget edits, and review and confirm same (.4).   Conference with J. Kerkman regarding legal argument in motion to modify (.2).   Prepare email to B. McKenna regarding final edit to plan | 1.30 | 331.50 | JMM |

| | regarding proper addendum (.1). | | | |
|---|---|---|---|---|
| 5/9/2014 | Review and revise motion to modify, plan, budgets, exhibits, and file same with the court (.9). Telephone conference with W. McKenna regarding budget mistake and review same (.1). | 1.00 | 255.00 | JMM |
| 5/9/2014 | Review and revise motion to modify plan. | 0.20 | 65.00 | JRK |
| 5/12/2014 | Review notice from Court regarding order and prepare revisions to update order (.2). Prepare edits to cash budgets as discussed with W. McKenna on Friday and file clean updated Plan to address same (.4). | 0.60 | 153.00 | JMM |
| 5/13/2014 | Review telephone message from and telephone conference with R. Williams regarding Spirit Lake issues and management of the properties going forward. | 0.50 | 127.50 | JMM |
| 5/13/2014 | Review emails and spreadsheets provided by J. Spoerlein and confer with G. Schrieber regarding status of filing. | 0.20 | 51.00 | JMM |
| 5/13/2014 | Review bank statements and prepare exhibits for April monthly operating report. | 0.20 | 42.00 | GMS |
| 5/13/2014 | Call to F. Kaldis (.2); review of state court case and confer with J. Mertz regarding strategy on seeking dismissal for lack of jurisdiction pursuant to code and section 362 and other (.4). | 0.60 | 177.00 | JRC |
| 5/14/2014 | Prepare schedule of items needed at the end of the case including claim objections, final fee applications, final decree, and deposits. | 0.30 | 76.50 | JMM |
| 5/14/2014 | [No Charge]   Conference with K. Mayer giving her direction on outstanding items in K&K to assist with wrapping up chapter 11 proceeding. | 0.20 | 0.00 | JMM |
| 5/14/2014 | Conference with J. Kerkman to address outstanding issues in the K&K case and steps to bring the matter to a close after confirmation. | 0.20 | 51.00 | JMM |
| 5/14/2014 | Review and revise exhibits and spreadsheets to prepare and finalize April monthly operating report. | 1.00 | 210.00 | GMS |
| 5/14/2014 | Conference with J. Mertz regarding | 0.20 | 42.00 | KLM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | outstanding items prior to case close. |  |  |  |
| 5/14/2014 | Review plan regarding claim objection timeframe (.1); review claims summary (1.); and prepare email to F. Kaldis and J. Spoerlein regarding potential claim objections. | 0.40 | 84.00 | KLM |
| 5/14/2014 | Review administrative procedures and local rules for requirements for closing case or motion for final decree. | 0.30 | 63.00 | KLM |
| 5/14/2014 | Draft motion for final decree with notice, proposed order, and chapter 11 report. | 0.70 | 147.00 | KLM |
| 5/14/2014 | Contact with F. Kaldis and message to same. | 0.20 | 59.00 | JRC |
| 5/15/2014 | Prepare follow up email to J. Spoerlein regarding status of potential claim objections. | 0.10 | 21.00 | KLM |
| 5/15/2014 | Draft letter to utilities regarding return of adequate assurance deposits. | 0.30 | 63.00 | KLM |
| 5/15/2014 | Telephone conference with F. Kaldis regarding improper state court litigation and issues surrounding Durand Avenue property (.4); telephone call to attorney for tenant at Durand Avenue (.1); confer with J. Mertz regarding strategy on dismissing state court case and other issues (.2). | 0.70 | 206.50 | JRC |
| 5/16/2014 | Review and prepare final monthly operating report and file same with the court. | 0.20 | 51.00 | JMM |
| 5/16/2014 | Review of state court complaint issues and emails, email with F. Kaldis and Attorney Mertz. | 0.40 | 118.00 | JRC |
| 5/19/2014 | Review and revise final fee application for expert witness. | 0.50 | 105.00 | KLM |
| 5/19/2014 | Email with F. Kaldis regarding strategy on filing motion to dismiss state court proceeding and confer with Attorney Mertz regarding same. | 0.40 | 118.00 | JRC |
| 5/20/2014 | Review status of claims for potential claim objections. | 2.10 | 441.00 | KLM |
| 5/20/2014 | Prepare responsive email to F. Kaldis regarding status of closing out bankruptcy matter. | 0.10 | 25.50 | JMM |
| 5/20/2014 | Review and respond to multiple emails from | 0.30 | 76.50 | JMM |

| | | | | |
|---|---|---|---|---|
| | F. Kaldis regarding follow up on state court proceeding and violation of the stay (.1). Review and respond to emails from F. Kaldis regarding Quest negotiation status and communications with Spirit Lake directly (.2). | | | |
| 5/20/2014 | Review motion to modify plan to refresh status and issues for hearing on Thursday, prepare email to W. McKenna regarding his execution of the conditional ballots accepting the plan that should have been attached as exhibit B to the motion. | 0.20 | 51.00 | JMM |
| 5/22/2014 | Draft final fee application of Kerkman & Dunn. | 1.50 | 315.00 | KLM |
| 5/22/2014 | Review J. Mertz email regarding confirmation of plan and outstanding items prior to case close. | 0.10 | 21.00 | KLM |
| 5/22/2014 | Review post-confirmation loan documents from Spirit Lake. | 0.80 | 168.00 | KLM |
| 5/22/2014 | Review and respond to email from F. Kaldis regarding status of EVO representative and discussions on new tenant. | 0.10 | 25.50 | JMM |
| 5/22/2014 | Review motion and amended plan in preparation for hearing this morning on confirmation (.4).   Conferences with W. McKenna and D. DeLaurent prior to the hearing regarding changes and status (.2). Attend hearing on confirmation of the plan (.4). | 1.00 | 255.00 | JMM |
| 5/22/2014 | [Billed at 50% rate for travel not otherwise billed]   Travel to Chicago via Amtrak for hearing on confirmation. | 3.50 | 446.25 | JMM |
| 5/22/2014 | Prepare email to F. Kaldis and John K. regarding status of hearing and next steps in the case. | 0.20 | 51.00 | JMM |
| 5/22/2014 | Review of issues with state case and being draft of motion to dismiss. | 0.60 | 177.00 | JRC |
| | **Totals** | **63.60** | **$14,000.25** | |

**Exhibit B – Case Administration**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| 3/10/2014 | [No Charge] Review and revise monthly billing statement. | 0.10 | 0.00 | JMM |
| 3/12/2014 | Review monthly operating report prepared by J. Spoerlein. | 0.20 | 51.00 | JMM |
| 3/17/2014 | Follow up with F. Kaldis and John K. regarding fee application and status of negotiations with Spirit Lake. | 0.10 | 25.50 | JMM |
| 3/17/2014 | Review monthly operating report and prepare email with questions for J. Spoerlein regarding same. | 0.10 | 25.50 | JMM |
| 3/17/2014 | Review spreadsheets and exhibits and prepare for filing February monthly operating report. | 1.00 | 210.00 | GMS |
| 3/18/2014 | Review and respond to emails from F. Kaldis regarding payment details on properties and status with tenants (.2).   Review and finalize monthly operating reports and confirm same with F. Kaldis (.3).   Review case status and edits to plan with attention to budgets and updates received from J. Spoerlein (.3). | 0.80 | 204.00 | JMM |
| 4/2/2014 | Calls with F. Kaldis and review of email. | 0.20 | 59.00 | JRC |
| 4/14/2014 | Review final monthly operating report prepared and draft email to F. Kaldis and J. Spoerlein to explain erroneous transfer per W. McKenna request. | 0.30 | 76.50 | JMM |
| 4/14/2014 | Telephone conference with F. Kaldis regarding status of outstanding items in his case. | 0.30 | 76.50 | JMM |
| 4/14/2014 | Review exhibits and bank statements for March monthly operating report. | 1.00 | 210.00 | GMS |
| 4/15/2014 | Prepare revisions to monthly operating report. | 0.20 | 51.00 | JMM |
| 4/15/2014 | [No Charge] File monthly operating report with the Court. | 0.10 | 0.00 | JMM |
| 4/24/2014 | Call to F. Kaldis and discuss issues; confer with J. Mertz on status of bankruptcy. | 0.10 | 29.50 | JRC |
| 4/25/2014 | Conference with J. Kerkman regarding status of case, modification provisions, and next | 0.30 | 76.50 | JMM |

| | steps to finalize. | | | |
|---|---|---|---|---|
| 4/30/2014 | [No Charge] Return phone call. | 0.30 | 0.00 | KF |
| 5/1/2014 | Telephone conference with F. Kaldis. | 0.10 | 29.50 | JRC |
| 5/2/2014 | Conference with F. Kaldis. | 0.10 | 29.50 | JRC |
| 5/8/2014 | [No Charge]   Review monthly billing statement and edit same. | 0.10 | 0.00 | JMM |
| 5/13/2014 | Review bank statements and prepare exhibits for April monthly operating report. | 0.20 | 42.00 | GMS |
| 5/14/2014 | Prepare schedule of items needed at the end of the case including claim objections, final fee applications, final decree, and deposits. | 0.30 | 76.50 | JMM |
| 5/14/2014 | [No Charge]   Conference with K. Mayer giving her direction on outstanding items in K&K to assist with wrapping up chapter 11 proceeding. | 0.20 | 0.00 | JMM |
| 5/14/2014 | Conference with J. Kerkman to address outstanding issues in the K&K case and steps to bring the matter to a close after confirmation. | 0.20 | 51.00 | JMM |
| 5/14/2014 | Review and revise exhibits and spreadsheets to prepare and finalize April monthly operating report. | 1.00 | 210.00 | GMS |
| 5/14/2014 | Conference with J. Mertz regarding outstanding items prior to case close. | 0.20 | 42.00 | KLM |
| 5/20/2014 | Prepare responsive email to F. Kaldis regarding status of closing out bankruptcy matter. | 0.10 | 25.50 | JMM |
| | **Totals** | **7.60** | **$1,601.00** | |

### Exhibit C – Plan Confirmation/Briefing & Negotiations

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| 3/12/2014 | Conference with J. Cincotta regarding status of plan confirmation, Claim resolution issues, and post-confirmation injunction. [Two attorneys needed due to J. Mertz's experience with specifics of the case and J. Cincotta's expertise in state court issues.] | 0.20 | 51.00 | JMM |
| 3/12/2014 | Discussion of filed state court action against Debtor with Attorney Mertz. [Two attorneys needed due to J. Mertz's experience with specifics of the case and J. Cincotta's expertise in state court issues.] | 0.20 | 59.00 | JRC |
| 3/13/2014 | Draft motion to modify plan. | 1.40 | 294.00 | KLM |
| 3/13/2014 | Conference with J. Mertz regarding plan modifications and preparation of motion to modify plan. | 0.10 | 21.00 | KLM |
| 3/25/2014 | Review status of case and discuss with J. Kerkman, prepare email to W. McKenna regarding status on lenders side, review his response and forward to clients. | 0.10 | 25.50 | JMM |
| 3/31/2014 | Review message from Abdul Sulieman regarding claim and small claims suit, review plan and files for itemization of same as claim against K&K, and prepare email to F. Kaldis regarding same (.2).   Review response from F. Kaldis regarding details of same and review plan and CCAP information to resolve same (.3). | 0.50 | 127.50 | JMM |
| 4/1/2014 | Review CCAP history and WDFI status of K&K North Ave and claims of Abdul Sulieman against K&K. | 0.20 | 51.00 | JMM |
| 4/4/2014 | Exchange emails with W. McKenna regarding status and adjournment, forward to clients for update. | 0.10 | 25.50 | JMM |
| 4/14/2014 | Review status of emails with B. McKenna and prepare email to him regarding adjournment of confirmation and suggested hearing dates for same. | 0.10 | 25.50 | JMM |
| 4/15/2014 | Review case status as hearing preparation for | 0.10 | 21.00 | KLM |

Exhibit C - 1

April 17th hearing.

| 4/15/2014 | Review and respond to email from E. Kaldis regarding payment information (.1).   Review email with Plan edits from W. McKenna and forward same with my comments to F. Kaldis to review and comment (.3).   Exchange multiple emails with clients regarding agreement and conference call this week (.1). Draft email to W. McKenna regarding my meeting with K&K personnel and adjournment of hearing again (.1). | 0.60 | 153.00 | JMM |
| 4/16/2014 | Exchange emails with W. McKenna regarding transfer of funds from DIP account. | 0.10 | 25.50 | JMM |
| 4/16/2014 | Telephone conference with D. Van Vleet regarding status of court's opinion and status of K&K case. | 0.20 | 51.00 | JMM |
| 4/16/2014 | Prepare for status hearing on April 17th. | 0.20 | 42.00 | KLM |
| 4/17/2014 | Review Spirit Lake's redlines to plan of reorganization and make comments on same in preparation for telephone conference with clients this afternoon. | 0.20 | 51.00 | JMM |
| 4/17/2014 | Prepare for and attend telephone conference with clients regarding redlines to the plan and term issues. | 0.40 | 102.00 | JMM |
| 4/17/2014 | [Billed at 50% rate for travel] Travel time to and from Chicago. | 5.00 | 525.00 | KLM |
| 4/17/2014 | Attend hearing on adjournment of plan confirmation. | 1.00 | 210.00 | KLM |
| 4/17/2014 | Exchange emails with W. McKenna regarding structure of deal, term, payment, and issues with the UST. | 0.20 | 51.00 | JMM |
| 4/21/2014 | Conference with J. Kerkman regarding status of negotiations with Spirit Lake and ability to conform to 3 year plan. | 0.20 | 51.00 | JMM |
| 4/22/2014 | Review telephone message from W. McKenna regarding status of loan negotiations and next steps, telephone message to and conference with F. Kaldis regarding status of negotiations and prepare email to W. McKenna regarding status. | 0.60 | 153.00 | JMM |
| 4/23/2014 | Exchange emails with Dan Van Vleet | 0.20 | 51.00 | JMM |

Exhibit C - 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding status of case and payment of expenses going forward, prepare email to him regarding prior draft of application for fees. |  |  |  |
| 4/23/2014 | Exchange emails with F. Kaldis and E. Kaldis regarding status of payments to Spirit Lake and ability to net payroll upfront payment in Plan, review telephone message from F. Kaldis regarding same (.2).   Telephone call to F. Kaldis regarding status of upfront payment (.1). | 0.30 | 76.50 | JMM |
| 4/24/2014 | Review message from and telephone conference with F. Kaldis regarding status of agreement (.1).   Review and revise plan language regarding terms discussed with F. Kaldis (.5). | 0.60 | 153.00 | JMM |
| 4/24/2014 | Conference with J. Kerkman regarding status of negotiations and bullet points to agree to. | 0.10 | 25.50 | JMM |
| 4/25/2014 | Exchange emails with John K. regarding details of plan revisions and agreement with Inland. | 0.10 | 25.50 | JMM |
| 4/25/2014 | Review telephone message from and leave message for F. Kaldis regarding final edits to plan. | 0.10 | 25.50 | JMM |
| 4/25/2014 | Exchange emails with F. Kaldis and John K. regarding approval of final terms for Spirit Lake deal (.1).   Review and revise plan redlines and prepare email to W. McKenna regarding final provisions and agreement (.2). | 0.30 | 76.50 | JMM |
| 4/25/2014 | Prepare email to clients regarding meeting with Northern and status of Spirit Lake proposal (.1).   Exchange numerous emails with F. Kaldis regarding status of Northern (.2). | 0.30 | 76.50 | JMM |
| 4/29/2014 | Follow up on status of deal with W. McKenna. | 0.10 | 25.50 | JMM |
| 4/29/2014 | Review status of case and message from B. McKenna and telephone conference with him regarding position (.2).   Telephone call to F. Kaldis regarding status of same (.1). Telephone conference with F. Kaldis regarding status of proposal, prepare email to W. McKenna regarding final points, and prepare email to D. Fischer regarding meeting | 0.60 | 153.00 | JMM |

Exhibit C - 3

| | | | | |
|---|---|---|---|---|
| | on Northern property (.3). | | | |
| 4/30/2014 | Telephone conference with W. McKenna regarding deal status (.2).  Telephone call to F. Kaldis and prepare email to him and John K. regarding final deal with Spirit Lake (.2). Additional telephone conference with W. McKenna regarding status of case agreement and review plan provisions regarding remaining issues and email him on same (.2). | 0.60 | 153.00 | JMM |
| 5/1/2014 | Review latest draft of plan revisions and review code provisions regarding plan modification standards and next steps for same (.3).   Prepare comments for hearing on Plan status and email status update to U.S. Trustee (.2).   Attend hearing on confirmation and discuss status with opposing counsel and the U.S. Trustee (.7).   Prepare email to K&K regarding status of hearing result, and my conversations with Spirit Lake and McKenna post-hearing (.2).   Prepare additional email to K&K and Quest regarding status of agreement and Quest renewal opportunity (.2). | 1.60 | 408.00 | JMM |
| 5/1/2014 | [Billed at 50% for travel time not otherwise billed to clients]   Travel to and from Chicago from Milwaukee via Amtrak train for confirmation hearing. | 3.00 | 382.50 | JMM |
| 5/6/2014 | Prepare edits to motion to modify and add additional terms to plan and discuss same in motion (1.3).   Prepare redlines to final version of plan and finalize file-ready versions of redlines and clean version of the plan for approval (.4).   Exchange emails with B. McKenna regarding status of edits and prepare email with Plan redlines to Denise DeLaurent (.2).   Telephone conference with D. DeLaurent regarding her initial comments on the plan revisions (.2). | 2.10 | 535.50 | JMM |
| 5/6/2014 | Exchange emails with W. McKenna regarding his comments on the motion to modify, suggestions to same, budget projections, and other changes needed in the plan. | 0.20 | 51.00 | JMM |

Exhibit C - 4

| | | | | |
|---|---|---|---|---|
| 5/7/2014 | Review and finalize budgets to send to W. McKenna (.4).   Prepare email to J. Spoerlein to review same (.1).   Prepare email to B. McKenna regarding outstanding issues and comments from the U.S. Trustee from yesterday (.2).   Review redlines on motion to modify and make further edits to same (.5). Prepare ballots for Spirit Lake to be filed with the plan and motion (.2).   Exchange additional emails with W. McKenna regarding setting date for hearing and final edits to motion (.1). | 1.50 | 382.50 | JMM |
| 5/7/2014 | Prepare motion to modify with supporting documents for filing tomorrow (.3).   Prepare order on motion to modify and review status of supporting documents to prepare same, confirm order language with B. McKenna (1.1).   Review code provisions for mailing requirements of same (.2). | 1.60 | 408.00 | JMM |
| 5/8/2014 | Review and respond to emails from J. Spoerlein and F. Kaldis regarding status of leases and budgets for plan update (.1). Review and respond to email from W. McKenna regarding approval of final plan redlines for filing (.1). | 0.20 | 51.00 | JMM |
| 5/9/2014 | Prepare email to F. Kaldis and J. Spoerlein regarding finalization of budgets for plan and approval from Spirit Lake. | 0.10 | 25.50 | JMM |
| 5/9/2014 | Begin preparing final plan for filing and make final edits to same (.4).   Prepare exhibits for plan to file with final clean and redlines versions (.2).   Review and respond to emails from J. Spoerlein regarding budget edits, and review and confirm same (.4).   Conference with J. Kerkman regarding legal argument in motion to modify (.2).   Prepare email to B. McKenna regarding final edit to plan regarding proper addendum (.1). | 1.30 | 331.50 | JMM |
| 5/9/2014 | Review and revise motion to modify, plan, budgets, exhibits, and file same with the court (.9). Telephone conference with W. McKenna regarding budget mistake and review same (.1). | 1.00 | 255.00 | JMM |

Exhibit C - 5

| 5/9/2014 | Review and revise motion to modify plan. | 0.20 | 65.00 | JRK |
| 5/12/2014 | Review notice from Court regarding order and prepare revisions to update order (.2). Prepare edits to cash budgets as discussed with W. McKenna on Friday and file clean updated Plan to address same (.4). | 0.60 | 153.00 | JMM |
| 5/13/2014 | Review telephone message from and telephone conference with R. Williams regarding Spirit Lake issues and management of the properties going forward. | 0.50 | 127.50 | JMM |
| 5/13/2014 | Review emails and spreadsheets provided by J. Spoerlein and confer with G. Schrieber regarding status of filing. | 0.20 | 51.00 | JMM |
| 5/14/2014 | Review plan regarding claim objection timeframe (.1); review claims summary (1.); and prepare email to F. Kaldis and J. Spoerlein regarding potential claim objections. | 0.40 | 84.00 | KLM |
| 5/14/2014 | Review administrative procedures and local rules for requirements for closing case or motion for final decree. | 0.30 | 63.00 | KLM |
| 5/14/2014 | Draft motion for final decree with notice, proposed order, and chapter 11 report. | 0.70 | 147.00 | KLM |
| 5/15/2014 | Prepare follow up email to J. Spoerlein regarding status of potential claim objections. | 0.10 | 21.00 | KLM |
| 5/15/2014 | Draft letter to utilities regarding return of adequate assurance deposits. | 0.30 | 63.00 | KLM |
| 5/20/2014 | Review status of claims for potential claim objections. | 2.10 | 441.00 | KLM |
| 5/20/2014 | Review and respond to multiple emails from F. Kaldis regarding follow up on state court proceeding and violation of the stay (.1). Review and respond to emails from F. Kaldis regarding Quest negotiation status and communications with Spirit Lake directly (.2). | 0.30 | 76.50 | JMM |
| 5/20/2014 | Review motion to modify plan to refresh status and issues for hearing on Thursday, prepare email to W. McKenna regarding his execution of the conditional ballots accepting the plan that should have been attached as | 0.20 | 51.00 | JMM |

Exhibit C - 6

exhibit B to the motion.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| 5/22/2014 | Review J. Mertz email regarding confirmation of plan and outstanding items prior to case close. | 0.10 | 21.00 | KLM |
| 5/22/2014 | Review post-confirmation loan documents from Spirit Lake. | 0.80 | 168.00 | KLM |
| 5/22/2014 | Review motion and amended plan in preparation for hearing this morning on confirmation (.4).   Conferences with W. McKenna and D. DeLaurent prior to the hearing regarding changes and status (.2). Attend hearing on confirmation of the plan (.4). | 1.00 | 255.00 | JMM |
| 5/22/2014 | [Billed at 50% rate for travel not otherwise billed]   Travel to Chicago via Amtrak for hearing on confirmation. | 3.50 | 446.25 | JMM |
| 5/22/2014 | Prepare email to F. Kaldis and John K. regarding status of hearing and next steps in the case. | 0.20 | 51.00 | JMM |
| **Totals** | | **39.10** | **$8,071.75** | |

Exhibit C - 7

## Exhibit D – Business Operations/Tenants

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| 3/10/2014 | Review and respond to email from F. Kaldis regarding status of Quest leasing expenses and review his response to same. | 0.20 | 51.00 | JMM |
| 3/11/2014 | Review of state court lawsuit and Racine local rules regarding notice for parties in bankruptcy. | 0.20 | 59.00 | JRC |
| 3/13/2014 | Review email history with new lender and attorneys, prepare email to B. McKenna requesting status update. | 0.10 | 25.50 | JMM |
| 3/14/2014 | Review email from F. Kaldis and broker regarding Quest status and ability to do work on 1050 building. | 0.10 | 25.50 | JMM |
| 3/14/2014 | Review lengthy request for proposal for tenant on 1050. | 0.20 | 51.00 | JMM |
| 3/28/2014 | Review email from F. Kaldis and J. Reardon regarding status of Quest lease negotiations and how to approach new lender (.1). Telephone conferences with J. Kerkman and J. Reardon (broker) regarding new space for Quest buildout and how to approach situation, prepare emails to clients regarding same and additional telephone conference on Monday (.8). | 0.90 | 229.50 | JMM |
| 3/31/2014 | Conference call with K&D about deal with Quest and deal with new lender. | 0.50 | 162.50 | JRK |
| 3/31/2014 | Prepare for and telephone conference with K&K personnel and J. Kerkman regarding status of issues with tenant, debrief with J. Kerkman regarding status of same and approach with Lender (.6).   Telephone message to W. McKenna regarding status of deal with lender and revisions to Plan (.1). | 0.70 | 178.50 | JMM |
| 4/1/2014 | Telephone conference with W. McKenna regarding status of response from Spirit Lake and prepare email to clients regarding status and next steps. | 0.20 | 51.00 | JMM |
| 4/1/2014 | Review of emails regarding filing of court case and other matters regarding existing | 0.30 | 88.50 | JRC |

| | | | | |
|---|---|---|---|---|
| | tenant. | | | |
| 4/2/2014 | Review and respond to email from T. Hardy regarding insurance certificates and forward same to D. Espin for review. | 0.10 | 25.50 | JMM |
| 4/3/2014 | Prepare email to T. Hardy regarding insurance certificates, prepare email to W. McKenna regarding adjournment of hearing. | 0.10 | 25.50 | JMM |
| 4/3/2014 | Review complaint and service issues with tenant and confer with J. Cincotta regarding same. | 0.10 | 25.50 | JMM |
| 4/4/2014 | Review of complaint and other pleadings served on representative of K&K (.6); confer with J. Mertz regarding violation of stay by state court case against K&K (.2) | 0.80 | 236.00 | JRC |
| 4/14/2014 | Call with .F Kaldis regarding status of tenant at Durand property and state court litigation filing. | 0.50 | 147.50 | JRC |
| 4/22/2014 | Review of state court pleading; contact with F. Kaldis regarding status of Durand tenancy; contact attorney for tenant at Durand. | 0.40 | 118.00 | JRC |
| 4/23/2014 | Call with Attorney John Shannon to discuss tenant at Durand and potential for purchase by larger company and other matters. | 0.30 | 88.50 | JRC |
| 5/13/2014 | Call to F. Kaldis (.2); review of state court case and confer with J. Mertz regarding strategy on seeking dismissal for lack of jurisdiction pursuant to code and section 362 and other (.4). | 0.60 | 177.00 | JRC |
| 5/14/2014 | Contact with F. Kaldis and message to same. | 0.20 | 59.00 | JRC |
| 5/15/2014 | Telephone conference with F. Kaldis regarding improper state court litigation and issues surrounding Durand Avenue property (.4); telephone call to attorney for tenant at Durand Avenue (.1); confer with J. Mertz regarding strategy on dismissing state court case and other issues (.2). | 0.70 | 206.50 | JRC |
| 5/16/2014 | Review of state court complaint issues and emails, email with F. Kaldis and Attorney Mertz. | 0.40 | 118.00 | JRC |
| 5/19/2014 | Email with F. Kaldis regarding strategy on filing motion to dismiss state court | 0.40 | 118.00 | JRC |

| Date | Description | | | |
|------|-------------|---|---|---|
| | proceeding and confer with Attorney Mertz regarding same. | | | |
| 5/22/2014 | Review and respond to email from F. Kaldis regarding status of EVO representative and discussions on new tenant. | 0.10 | 25.50 | JMM |
| 5/22/2014 | Review of issues with state case and being draft of motion to dismiss. | 0.60 | 177.00 | JRC |
| | **Totals** | **8.70** | **$2,469.50** | |

## Exhibit E – Fee Application

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| 3/13/2014 | Prepare fifth interim fee application, prepare and sort exhibits for application (1.8). Prepare notice and proposed order regarding same (.3). | 2.10 | 535.50 | JMM |
| 3/14/2014 | Prepare final changes to 5th interim fee application and file same. | 0.80 | 204.00 | JMM |
| 3/14/2014 | [No Charge] Conferences with and direction to J. Tregellas for proper mailing of fee application information. | 0.20 | 0.00 | JMM |
| 4/3/2014 | Review fee application and prepare notes for J. Kerkman for his attendance next week in my absence. | 0.30 | 76.50 | JMM |
| 4/8/2014 | Travel to and from hearing in Chicago on K&D interim fee application minus time worked on train.   Billed at one-half the usual rate. | 1.60 | 260.00 | JRK |
| 4/8/2014 | Prepare for hearing on K&D's interim fee application on train. | 0.30 | 97.50 | JRK |
| 4/8/2014 | Attend hearing on K&D interim fee application. | 0.50 | 162.50 | JRK |
| 4/8/2014 | Telephone conference with J. Kerkman regarding status of hearing today on fee application and review and respond to email from him regarding notice to K&K and outcome of hearing. | 0.20 | 51.00 | JMM |
| 5/16/2014 | Review and prepare final monthly operating report and file same with the court. | 0.20 | 51.00 | JMM |
| 5/19/2014 | Review and revise final fee application for expert witness. | 0.50 | 105.00 | KLM |
| 5/22/2014 | Draft final fee application of Kerkman & Dunn. | 1.50 | 315.00 | KLM |
| **Totals** | | **8.20** | **$1,858.00** | |

## Exhibit F – Disbursements

| | | |
|---|---|---|
| Mar-14-14 | Telephone conference call charges on 2/21/14 | 29.44 |
| Mar-31-14 | Postage - fee application on 3/14/14 | 44.64 |
| | Photocopying expense - fee application on 3/14/14 | 33.48 |
| | Parking charges on 3/7/14 | 7.00 |
| | March 2014 Postage | 0.48 |
| Apr-30-14 | Photocopying costs April 2014, 74 copies @ $.15 each | 11.10 |
| May-01-14 | Amtrak charges for travel to hearing in Chicago on 4/17/14 | 48.00 |
| | **Totals** | **$174.14** |

Exhibit F - 1