**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

In the Matter of

    K & K HOLDINGS, LLC,                      Case No.: 12-23916

                  Debtor.                      Chapter 11 Proceedings
                                                    Judge Pamela S. Hollis

---

**NOTICE OF FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES OF STOUT, RISIUS, & ROSS AS EXPERT WITNESS FOR DEBTOR**

---

    To:    Interested Parties

    **PLEASE TAKE NOTICE** that on **June 24, 2014 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Pamela S. Hollis, in courtroom 644 of the United States Bankruptcy Court, Northern District of Illinois – Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in her place, and shall then and there present the FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES OF STOUT, RISIUS, & ROSS AS EXPERT WITNESS FOR DEBTOR.

    Dated: June 3, 2014.

                                          */s/ Justin M. Mertz*
                                          Justin M. Mertz
                                          Kerkman & Dunn

P.O. Address:                    Attorneys for the Debtor,
757 N. Broadway, Suite 300    K & K Holdings, LLC
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

**In the Matter of**

    **K & K HOLDINGS, LLC,**                                                  **Case No.: 12-23916**

                       **Debtor.**                                                     **Chapter 11 Proceedings
Judge Pamela S. Hollis**

---

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES OF
STOUT, RISIUS, & ROSS AS EXPERT WITNESS FOR DEBTOR**

---

K & K Holdings, LLC, as a chapter 11 debtor-in-possession ("Debtor"), applies to the Court for an order authorizing final allowance and payment of fees ("Application") of Stout, Risius, & Ross ("SRR"), as an expert witness, pursuant to 11 U.S.C. § 330 of the United States Bankruptcy Code ("Code"). In support of the Application, the Debtor states:

*Jurisdiction*

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a), and the order of reference filed in this district entered pursuant to § 157(a).

2.    Venue of this proceeding is proper in this District and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and the order of reference in this District. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) as a matter regarding the administration of the Debtor's estate.

Justin M. Mertz
Katie L. Mayer
Kerkman & Dunn
757 N. Broadway, Suite 300
Milwaukee, WI 53202
Phone: 414.277.8200
Facsimile: 414. 277.0100
Email: jmertz@kerkmandunn.com

*General Background*

4.  The Debtor filed a voluntary petition for relief under chapter 11 of the Code on April 12, 2012.  The Debtor is continuing to operate its business and manage its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Code.

5.  On July 2, 2013, the Debtor filed an application to employ SRR as an expert witness to provide opinions on valuation of certain collateral, plan feasibility, and an interest rate to be paid under the Debtor's plan of reorganization.  (Docket No. 246.)  An order was entered approving the employment of SRR on July 16, 2013.  (Docket No. 248.)

6.  The Debtor's principal owners provided SRR with an initial retainer of $10,000, paid with non-estate funds.  As part of this application, SRR seeks to apply the retainer against the final balance owed; the total amount to be paid by the Debtor will be $39,240.

*Previous Fee Applications*

7.  SRR has not filed any previous fee applications in this case.

*Summary of Services Provided*

8.  The expert report of SRR regarding the interest rate and discount rate analysis was filed on July 19, 2013 in preparation for the Debtor's hearing on confirmation scheduled for August 29—30, 2013.  (Docket No. 252.1.)

9.  Daniel R. Van Vleet, a managing director of SRR, testified at the Debtor's plan confirmation hearing on August 30, 2013 on his research, conclusions, and opinions with regard to the treatment of creditors in the plan; valuations of the collateral of Inland Bank; current market conditions with respect to lending and borrowing practices and interest rates/discounts rates; the appropriate discount rate to be used in the Debtor's plan; calculations of Inland Bank's § 1111(b) Election, and the overall ability of the Debtor to make plan payments.

2

10. With the assistance of SRR, the Debtor's case has resulted in a confirmed plan of reorganization. SRR's work in this matter has assisted the estate in proceeding toward confirmation and has been a necessary element of the Debtor's progress. SRR requests payment of its fees of $49,240. A copy of the invoices for the fees requested as well as a spreadsheet summarizing the time spent on the Debtor's case is attached as **Exhibit A**.

### *Required Statements and Disclosures*

11. The Debtor believes that the attached invoice reflects the actual, fair, and reasonable value of the expertise provided to the Debtor and for the benefit of the Debtor's estate, which required skilled and experienced professional service.

12. All professional services for which allowance of compensation is requested were performed by SRR on behalf of the Debtor and not on behalf of any other entity or person. SRR owns neither a claim against, nor an interest in the Debtor, nor has a beneficial interest, directly or indirectly, been acquired or transferred by SRR or for SRR's benefit since the commencement of the case. SRR represents no interest adverse to the Debtor with respect to matters upon which it is engaged.

13. No agreement or understanding exists between SRR and any other person or entity for the sharing or compensation received or to be received for services rendered in connection with these proceedings, except that fees will be shared with other members of SRR as permitted by Fed. R. Bankr. P. 2016 and § 504 of the Code.

14. Pursuant to § 330 of the Bankruptcy Code, the Debtor is entitled to file SRR's Application for compensation and reimbursement of its fees and expenses.

*Conclusion*

WHEREFORE, the Debtor requests that (i) this Application for allowance and payment of the fees of SRR in the amount of $48,740 and expenses in the amount of $500 be approved on a ***final*** basis, (ii) that the Debtor be authorized to paid the balance of $39,240 and (iii) that the Court grant such other relief as it deems equitable under the circumstances.

Dated: June 3, 2014.

/s/ Justin M. Mertz
Justin M. Mertz
Katie L. Mayer
Kerkman & Dunn

Attorneys for the Debtor,
K & K Holdings, LLC

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com