# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In the Matter of

K & K HOLDINGS, LLC,                                              Case No.: 12-23916

          Debtor.                                                         Chapter 11 Proceedings
                                                                                                      Judge Pamela S. Hollis

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE

      To:     Interested Parties

**PLEASE TAKE NOTICE** that on **Tuesday, July 29, 2014, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Pamela S. Hollis, in courtroom 644 of the United States Bankruptcy Court, Northern District of Illinois – Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in her place, and shall then and there present the DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE.

      Dated: July 8, 2014.

                                                                   */s/ Justin M. Mertz*
                                                                   Justin M. Mertz
                                                                   Katie L. Mayer
                                                                   Kerkman & Dunn

                                                                   Attorneys for the Debtor,

P.O. Address:                                K & K Holdings, LLC

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**In the Matter of**

**K & K HOLDINGS, LLC,**                                    Case No.: 12-23916

        **Debtor.**                                              Chapter 11 Proceedings
                                                                                                                                  Judge Pamela S. Hollis

## DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE

K & K Holdings, LLC, as a chapter 11 debtor-in-possession ("Debtor"), hereby moves the Court for the entry of a final decree to close the Debtor's chapter 11 case ("Motion"). In support of the Motion, the Debtor states as follows:

### *Jurisdictional Basis*

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a), and the order of reference filed in this district entered pursuant to § 157(a).

2.    Venue is proper in this District and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) as a matter regarding the administration of the Debtor's estate.

### *Factual Basis for Motion*

4.    The Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on April 12, 2012. An order for relief was entered on the same day.

Justin M. Mertz
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202
Phone:  414. 277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com

The Debtor is continuing to manage its affairs and properties as a debtor-in-possession, pursuant to §§ 1107(a) and 1108 of the Code.

5. On May 23, 2014, the Court entered the order confirming the Debtor's Plan of Reorganization ("Plan") filed as Docket No. 317.

6. No appeals were filed within the appeal period.

7. The Plan required the Debtor to pay Spirit Lake a one-time payment of $100,000 on the Effective Date, which occurred on June 20, 2014.

8. Except for payment of certain professional fees and expenses, the Debtor has made all payments due on the Effective Date as contemplated by the Plan.

9. All U.S. Trustee fees have been or will be paid in full.

10. All rejected lease claimants were required to file a proof of claim against the Debtor within 30 days of the confirmation date. The deadline for filing a proof of claim for tenants with rejected leases expired on June 21, 2014. No claims were filed.

11. All claim objections were required to be filed within 30 days of the confirmation date. The deadline for claim objections expired on June 21, 2014. The Debtor filed no claim objections.

12. There are no remaining or pending motions, contested matters, or adversary proceedings in the Debtor's case.

13. The Debtor will commence monthly payments under the Plan beginning on July 15, 2014. There is no further need for the Court to administer the Debtor's case; as a result, the Debtor submits that closing this case is in the best interest of creditors and interested parties.

14. The Chapter 11 Final Report, Notice of Motion for Final Decree, and a proposed Final Decree are being filed with this Motion and provided to the United States Trustee and all

creditors in compliance with Local Rule 3022-1.

### *Legal Basis for Relief Requested*

15. Fed. R. Bankr. P. 3022 and 11 U.S.C. § 350 provide that a final decree shall be entered upon the motion of a party in interest when the estate has been fully administered.

16. Because the Debtor's case has been fully administered and the pleadings necessary to close the case are being filed with this Motion, this case should be closed.

### *Conclusion*

For the reasons stated in this Motion, the Debtor respectfully requests that the Court enter a Final Decree to close this case.

Dated: July 8, 2014.

                                                */s/ Justin M. Mertz*
                                                Justin M. Mertz
                                                Katie L. Mayer
                                                Kerkman & Dunn

                                                Attorneys for the Debtor,
                                                K & K Holdings, LLC

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com