UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

K & K HOLDINGS, LLC

Debtor.

Case No.: 12-23916

Chapter 11 Proceedings
Judge Pamela S. Hollis

### CERTIFICATE OF SERVICE

State of Wisconsin    )
                     )ss.
County of Milwaukee   )

1. I, Amy Y. Richmond, certify that the following is true to the best of my knowledge, information and belief:

2. I am a legal assistant with the law firm of Kerkman & Dunn and an adult resident of Wisconsin.

3. On July 8, 2014, I sent by U.S. Mail, copies of the following documents to the parties as shown on the attached list in connection with K&K Holdings, LLC:

NOTICE OF DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE;

DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE;

CHAPTER 11 FINAL REPORT; and

[Proposed] FINAL DECREE.

1

Dated: July 29, 2014.

_____
Amy Y. Richmond, Legal Assistant
Kerkman & Dunn
Attorneys for Debtors

Subscribed and sworn to before me
on this 29th day of July 2014.

_____
Justin M. Mertz   Kathryn (KATHRYN MAYER)
Milwaukee County, Wisconsin
My Commission is Permanent

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jmertz@kerkmandunn.com

Parties List:

ABM Janitorial Services-
North Central, Inc.
Att: Legal, officer or president
1111 Fannin #1500
Houston, TX 77002

ABM Janitorial Services
c/o CT Corporation System
208 SO LaSalle St., Ste 814
Chicago, IL 60604

Acura Financial Services
Attn: officer or president
PO Box 168088
Irving, TX 75016-8088

ADT Security Services, Inc.
Att: Legal, officer, or president
9 Roszel Rd.
Princeton, NY 08540

ADT Security Services, Inc.
1501 Yamato Road
Boca Raton, FL 33431

Ahles, Tim
3119 98th Street
Sturtevant, WI 53177-2633

2

Alarm Detection Systems Inc
Att: Legal, officer, or president
1111 Church Road
Aurora, IL  60505

Ariano Hardy Ritt
2000 McDonald Rd.
South Elgin, IL  60177

Arthur P. Swanson
c/o Capstone Development Corp.
431 Office Park Dr.
Birmingham, AL  35223

Asphalt Contractors, Inc.
Att: Robert A. Kordus
710 Vine St.
Union Grove, WI  53182

AT&T Services, Inc.
c/o James Grudus, Esq.
One AT&T Way, Room 4A248
Bedminster, NJ  07921

Barrington Bank & Trust
Att: Legal, officer or president
201 S. Hough St.
Barrington, IL  60010

Barrington, Village of
Water & Sewer Dept.
200 S. Hough St.
Barrington, IL  60010

BMO Harris Bank N.A.
Lowis & Gellen LLP
Att: Christopher M. Cahill, Esq.
200 West Adams St., Ste 1900
Chicago, IL  60606

BMO Harris Bank N.A.
Lowis & Gennen LLP
Att: Meghann A. Salamasick, Esq
200 West Adams St., Ste. 1900
Chicago, IL  60606

BMO Harris Bank, N.A.
Att: Legal, officer or president
111 W. Monroe St.
Chicago, IL  60603

Capstone Development Corp
Att: Legal, officer, or president
431 Office Park Dr.
Birmingham, AL  35223

Jose Martinez
958 St. Charles St.
Elgin, IL  60124

City of Racine Water Department
800 Center St., Rm 227 (Annex)
City Hall Annex
Racine, WI  53403

Cleaning by Susan
Att: Legal, officer or president
4411 Marcia Dr.
Racine, WI  53405

ComEd
Att: Legal, officer, or president
P.O. Box 6111
Carol Stream, IL  60197

David J. Poethke and Leslie A. Feiler
Revocable Trust c/o Russel Long, Esq.
Davis & Kuelthau, s.c.
111 E. Kilbourn Ave., #1400
Milwaukee, WI  53202

Dreyer, Foote, Streit Law
1999 W. Downer Place
Aurora, IL  60506

Dupage County Collector
421 N. County Farm Rd.
Wheaton, IL  60187

Dymond Contract Glazing, Inc.
Attn: Dennis L. Stachowiak
144 Augusta Dr.
Palos Heights, IL  60463

Exelon Energy Company
Legal Dept., S23-1
2301 Market St.
PO Box 8699
Philadelphia, PA  19101

K&K Holdings
1699 East Woodfield Rd.
Suite 585
Schaumburg, IL  60173

Express Elevator, LLC
Att: Robert A. Young
PO Box 532
Oak Creek, WI  53154

Fox Valley Fire & Safety
Att: Legal, officer, or president
2730 Pinnacle Dr.
Elgin, IL  60123

Fox Valley Fire and Safety, Co.
Att: Lloyd Alan Whale
1824 Danielle Ln
Belvidere, IL  61008

3

Franciscan Way Maintenance
Association Inc.
Att: Gary David Baylor
9603 Zimmer Dr.
Algonquin, IL  60102

Geneva, City of
Water & Sewer Dept.
15 South First St.
Geneva, IL  60134

Genex Corp.
4811 Emerson Ave. #101
Palatine, IL  60067

Golden Eagle Community Bank
c/o William S. Hackney
Smith Amundsen LLC
150 North Michigan Ave., Ste 3300
Chicago, IL  60601-7524

Great Lakes Elevator Service, Inc.
Att: Joseph M. Lucas
224 W. Main St.
Barrington, IL  60010

Great Lakes Elevator Service, Inc.
Att: Kenneth J. Garst
932 Bonnie Ln
Peotone, IL  60668

Groot Industries, Inc.
Att: Larry Groot
1759 Elmhurst Rd.
Elk Grove Village, IL  60007

Guetzke and Associates
Att: Mike Guetzke
W22N615 Cheaney Dr.
Waukesha, WI  53186

Hanover Park, Village of
Water & Sewer Dept.
2121 Lake St.
Hanover Park, IL  60133

Harleysville Insurance
P.O. Box 37712
Philadelphia, PA  19101

Harleysville Insurance
Att: Legal, officer or president
355 Maple Ave.
Harleysville, PA  19438-2297

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  64338

Inland Bank & Trust
c/o Foley & Lardner LLP
Att: William J. McKenna, Jr., Esq.
321 North Clark St., Ste 2800
Chicago, IL  60654-5313

Rubin & Norris, LLC
205 W. Wacker Dr., Suite 705
Chicago, IL  60606

Inland Bank and Trust
Att: Legal, officer or president
2901 Butterfield Road
Oak Brook, IL  60523

Inland Bank and Trust
2901 Butterfield Road
Oak Brook, IL  60523
Att: Legal, officer or president

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

John's Roofing
Att: Legal, officer or president
47 Westfield Ln.
Des Plaines, IL  60018

John's Roofing
Att: John A. Cencig
1845 E. Rand Rd., Ste. L111
Arlington Heights, IL  60004

Kamm Glass
Att: Legal, officer or president
3800 Durand Avenue
Racine, WI  53405-4423

Kings III
Att: Legal, officer, or president
751 Canyon Dr., Ste. 100
Coppell, TX  75019

Landscape Concepts
Att: Jim Sheppard
31745 N. Alleghany Rd.
Grayslake, IL  60030

Milieu Design
Att: Peter Wodarz
48 E. Hintz Rd.
Wheeling, IL  60090

Mount Pleasant Sewer Dept.
8811 Campus Dr.
Mount Pleasant, WI  53406

4

| | | |
|---|---|---|
| Mt. Pleasant, Village of<br>Water & Sewer Dept.<br>8811 Campus Dr.<br>Mount Pleasant, WI 53406 | Nicor Gas Company<br>Att: Legal, officer or president<br>1844 Perry Rd.<br>Naperville, IL 60563 | Nicor Gas Company<br>c/o Illinois Corporation Service C<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 |
| Nitech Fire & Security Industries<br>Att: Legal, officer or president<br>1012 Auburn Ln.<br>Bartlett, IL 60103 | Nitech Fire & Security Industries, Inc.<br>Att: Robert Leonard Poett<br>109 Fairfield Way, Ste. 305<br>Bloomingdale, IL 60108 | Northern Illinois Backflow<br>1601 Atlantic Dr.<br>West Chicago, IL 60185 |
| Old Second Bank<br>Att: Legal, officer or president<br>26 W. Countryside Parkway<br>Yorkville, IL 60560 | ProActive Mechanical<br>2400 East Main St.<br>St. Charles, IL 60174 | Republic Services<br>Att: Legal, officer or president<br>2101 S. Busse Rd.<br>Mt. Prospect, IL 60056 |
| Campton Square Owners<br>Attn: Legal, Officer, or President<br>40W155 Campton Crossings<br>St. Charles, IL 60175 | Rolling Meadows, City of<br>Att: Water & Sewer Dept.<br>3600 Kirchoff Rd.<br>Rolling Meadows, IL 60008 | Schaumburg Audi<br>Att: Officer or President<br>320 W. Golf Road<br>Schaumburg, IL 60195 |
| State Treasurer<br>Att: Legal<br>201 West Center Ct.<br>Schaumburg, IL 60196 | Stifel, Nicolaus & Company, Inc.<br>5439 Duran Ave. #240<br>Racine, WI 53406 | Temperature Equipment Corp.<br>Att: Legal, officer, or president<br>17725 Volbrecht Rd.<br>Lansing, IL 60438 |
| Temperature Equipment Corporation<br>Att: Kenneth J. Nemec, Jr.<br>835 McClintock Dr. 2nd Fl<br>Burr Ridge, IL 60527 | Tenant Advisors, Inc.<br>1475 E. Woodfield Road, Ste. 102<br>Schaumburg, IL 60173 | The Mimosa Interior Landscaping Company<br>c/o Paul Zaccarine<br>500 Bonnie Lane<br>Elk Grove Village, IL 60007 |
| Unisource America, Inc.<br>201 Emerson Ave. #201<br>Palatine, IL 60067 | Urban Elevator<br>Att: Rene hertsberg<br>4830 W. 16th St.<br>Cicero, IL 60804 | USA Fire Protection<br>Att: Legal, officer or president<br>2936 S. 166th St.<br>New Berlin, WI 53151 |
| Veolia ES Solid Waste Midwest, LLC<br>Att: Legal, officer, or president<br>125 S. 84th St. #200<br>Milwaukee, WI 53214 | Veolia ES Solid Waste Midwest, LLC<br>c/o CT Corporation System<br>208 SO LaSalle St., Ste. 814<br>Chicago, IL 60604 | WE Energies<br>Att: Legal, officer, or president<br>231 W. Michigan St.<br>Milwaukee, WI 53290 |

Wieske Heating and A/C
Att: Legal, officer, or president
P.O. Box 39
Somers, WI 53171

Wisconsin Energy Corporation
c/o Keith H. Ecke
231 W. Michigan St., P240
Milwaukee, WI 53203

Wood Dale, City of
Att: Water & Sewer Dept.
404 North Wood Dale Rd.
Wood Dale, IL 60191

Yardi Systems, Inc.
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

Barrington Bank & Trust Company NA
c/o Francisco E. Connell
Chuhak & Tecson PC
30 South Wacker Dr., Suite 2600
Chicago, IL 60606

Cook County Treasurer's Office
118 North Clark St., Rm 112
Chicago, IL 60602

Kane County Treasurer
719 South Batavia Ave.
Geneva, IL 60134

Lake County Treasurer
Attn: Robert Skidmore
18 N. County Street
Waukegan, IL 60085

Village of Bensenville
Water & Sewer Dept.
717 E. Jefferson St.
Bensenville, IL 60106

Great Lakes Elevator Service, Inc.
c/o Thomas Paskey VP
1480 Renaissance Dr., #203
Park Ridge, IL 60068

Old Second National Bank
c/o Phillip Nelson
Edwards Wildman Palmer LLP
225 West Wacker Dr., Suite 300
Chicago, IL 60606

Williamsburg Village
Attn: Treasurer's Office or Legal
1605 Colonial Pkwy., Ste. 200
Inverness, IL 60067

Wisconsin Gas Co. dba
WE Energies
333 W. Everett St. A130
Milwaukee, WI 53203