UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-23916 |
| K&K HOLDINGS, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

The Debtor filed a motion on July 8, 2014 seeking a final decree to close this case. Objections were due prior to the July 29, 2014 hearing; no objections were filed or received by the Debtor. Based upon the record and filings in this case, the Court finds that (i) the Debtor's estate has been fully administered, and (ii) the Debtor's Plan, which was confirmed by an Order entered on May 23, 2014 filed as Docket No. 320, has been substantially consummated. Now, therefore,

IT IS HEREBY ORDERED that the Chapter 11 case of the Debtor is closed.

Enter:  *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 21, 2014

**Prepared by:**

Justin M. Mertz
Kerkman & Dunn
757 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202-3612
Telephone: 414-277-8200
Facsimile: 414-277-0100
Email: jmertz@kerkmandunn.com